### Edward H. BENDER, Plaintiff— Appellant,

v.

### Carlos M. GUTIERREZ, in his official capacity as U.S. Secretary of Commerce; Patricia A. Kurkul, in her official capacity as Regional Administrator for National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Defendants—Appellees.

No. 07–1263.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 28, 2007.

Edward H. Bender, Appellant pro se. Katherine W. Hazard, Meredith Lisa Flax, United States Department of Justice, Washington, D.C.; George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward H. Bender appeals the district court's order accepting the recommendation of the magistrate judge and denying relief in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bender v. Gutierrez,* No. 2:03–cv–00519–WDK (E.D.Va. Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*